FILED
NOV 10 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Mag. Case No. 09 16027 SD
) 
    Plaintiff, ) AMENDED
)
  v. ) COMPLAINT FOR VIOLATION OF
)
Francisco Javier BARBOSA ) Title 8, U.S.C., Section 1326
) Deported Alien Found In the
    Defendant. ) United States
)

The undersigned complainant being duly sworn states:

On or about November 7, 2009, within the Southern District of California, defendant Francisco Javier BARBOSA, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                                                  Senior Border Patrol Agent
                                                  Daniel Ruiz

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF November 2009.

                                                  JAY R. IRWIN
                                                U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
v.
Francisco Javier BARBOSA

## STATEMENT OF FACTS

Per the field I-213 on 11/07/2009, at approximately 0000 hours, while conducting line watch duties, Agent Martin Andrew encountered BARBOSA, Francisco Javier, about 9 miles west of the Andrade, California Port of Entry.

Based upon the information on the field I-213, Agent Andrew determined that BARBOSA is a citizen and national of Mexico illegally in the United States. At that time, BARBOSA was taken into custody and transported to the Yuma Border Patrol Station for further processing.

At the station, BARBOSA's biographical information, fingerprints, and photo were submitted into all available databases.

On 11/07/2009, at approximately 1625 hours, I encountered BARBOSA while performing assigned processing duties at the Yuma Border Patrol Station. At approximately 1630 hours, I advised BARBOSA of his Miranda rights in the Spanish language as per form I-214 and informed BARBOSA that these rights pertained to criminal prosecution. BARBOSA stated that he understood his criminal rights. BARBOSA stated that he was willing to answer questions without a lawyer present. BARBOSA was notified of his right to speak to an official with the Mexican Consulate. BARBOSA stated that he did not wish to speak to an official from the Mexican Consulate. Agent Arreola witnessed that advisement and waiver.

BARBOSA admitted that his true and correct name is BARBOSA, Francisco Javier. BARBOSA stated that he was born in La Paz, Baja California, Mexico. BARBOSA stated that he is a citizen and national of Mexico and does not possess any immigration documents that would allow him to enter or remain in the United States legally. Both of BARBOSA's parents were born in Mexico. Both of his parents are citizens and nationals of Mexico. Neither BARBOSA nor his parents have ever been citizens or nationals of any other countries.

BARBOSA stated that he deliberately crossed into the United States illegally afoot. BARBOSA stated that his intentions after crossing the border illegally were to travel to Los Angeles, California to reside and find employment. BARBOSA stated that he was well aware that crossing the border in the manner in which he did is illegal.

BARBOSA has not applied with the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States since his last REMOVAL.

1  BARBOSA admitted to the above listed immigration and criminal histories. BARBOSA stated
2  that he was removed through the San Luis, Arizona Port of Entry on 03/25/2008. BARBOSA
   claimed no fear of persecution or torture if returned to his native country of Mexico.
3
   BARBOSA entered through a designated "zero-tolerance zone", and is being prosecuted under
4  "Operation Streamline".
5
   BARBOSA is being presented for prosecution for violations of 8 USC 1326 and 8 USC 1325,
6  and removed under 8 USC 1182
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    (3)